```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 17765
    ANDREW WILLIAMS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3007


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/04/2005 and was confirmed 07/11/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

      The case was paid in full 10/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE    SECURED           4764.59           300.64        4764.59
AMERITECH                   UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP       UNSECURED          4868.33             .00         730.25
DEPARTMENT OF TREASURY      UNSECURED        NOT FILED             .00            .00
ILLINOIS COLLECTION SERV    UNSECURED        NOT FILED             .00            .00
IL DEPT OF HUMAN SERVICE    UNSECURED         38300.65             .00        5745.10
NATIONWIDE CREDIT SERVIC    UNSECURED        NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS IN    UNSECURED        NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED              .00             .00            .00
RMI/MCSI                    UNSECURED           712.00             .00         106.80
ASSET ACCEPTANCE CORP       UNSECURED           653.75             .00          98.06
ASSET ACCEPTANCE            NOTICE ONLY    NOT FILED               .00            .00
INTERNAL REVENUE SERVICE    UNSECURED          1790.17             .00         268.53
UNIVERSITY OF CHICAGO PH    UNSECURED         10038.00             .00        1505.70
ILLINOIS DEPT OF REVENUE    PRIORITY              .00              .00            .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      2,349.20                         2,349.20
TOM VAUGHN                  TRUSTEE                                           1,030.23
DEBTOR REFUND               REFUND                                              300.90

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  17,200.00

PRIORITY                                                 .00
SECURED                                             4,764.59
    INTEREST                                          300.64
UNSECURED                                           8,454.44
ADMINISTRATIVE                                      2,349.20
TRUSTEE COMPENSATION                                1,030.23
DEBTOR REFUND                                         300.90

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 17765 ANDREW WILLIAMS
```

```
                                 ---------------       ---------------
TOTALS                               17,200.00             17,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
  Dated: 01/27/09                    _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```